UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Phillip Sheridan Danielson,<br><br>    Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.;<br>Equifax, Inc. d/b/a Equifax Information Services, Inc.; Trans Union LLC; CSC Credit Services, Inc.; and Aurora Loan Services, Inc.,<br><br>    Defendants. | Civil No. 03-2820 (JNE/JSM)<br><br>**ORDER FOR DISMISSAL** |

This matter came before the Court on the stipulation of the plaintiff and defendant CSC Credit Services, Inc., ("CSC"), to an order dismissing all of the plaintiff's claims against CSC in this case with prejudice and on the merits. Based on the stipulation between the plaintiff and CSC, and all the other files, records, and proceedings herein,

    IT IS HEREBY ORDERED that the plaintiff's claims against CSC are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiff and CSC shall each bear their own costs and attorneys' fees.

    SO ORDERED.

Dated: 1-27, 2004

                                                   JOAN ERICKSEN
                                                   UNITED STATES DISTRICT
                                                     COURT JUDGE

M2:20587898.01

6

JAN 2 7 2004
FILED_____
   RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Phillip Sheridan Danielson, | Civil No. 03-2820 (JNE/JSM) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| Experian Information Solutions, Inc.; Equifax, Inc. d/b/a Equifax Information Services, Inc.: Trans Union LLC; CSC Credit Services, Inc.; and Aurora Loan Services, Inc., | |
| Defendants. | |

The plaintiff and CSC Credit Services, Inc. ("CSC"), by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against CSC may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: 1/20, 2004

CONSUMER JUSTICE CENTER
Thomas J. Lyons, Jr. (#249646)
John H. Goolsby (#320201)
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

THOMAS J. LYONS &
ASSOCIATES, P.A.
Thomas J. Lyons, Sr. (#65699)
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Attorneys for Plaintiffs

Dated: Jan 16, 2004

FAEGRE & BENSON LLP
Charles F. Webber (#215247)
Erik J. Girvan (#320079)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
CSC Credit Services, Inc.

FILED
RICHARD
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

5